**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JO ELLA BLAKE,

    Plaintiff,

  v.

GMAC MORTGAGE CORPORATION, *et al.*,

    Defendants.
                               /

No. C 09-2275 SI

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On May 27, 2009, defendants GMAC Mortgage, LLC and ETS Services, LLC filed a motion to dismiss plaintiff's complaint. Plaintiff, who is represented by counsel, failed to oppose defendants' motion, and has not responded to inquiries from the Court's Clerk regarding the status of this case. **The Court orders plaintiff's counsel to file a declaration by July 15, 2009 stating why this case should not be dismissed without prejudice for failure to prosecute**. The July 17, 2009 hearing on defendants' motion to dismiss is VACATED and will be rescheduled as/if necessary. Failure to comply with these deadlines will result in dismissal of plaintiff's complaint.

**IT IS SO ORDERED.**

Dated: July 10, 2009

                                                            SUSAN ILLSTON
                                                            United States District Judge