IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ELLA BLAKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GMAC MORTGAGE CORPORATION, *et al.*,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 09-2275 SI<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

On July 10, 2009, the Court issued an order to show cause directing plaintiff's counsel to file a declaration by July 15, 2009 stating why this case should not be dismissed for failure to prosecute. Plaintiff's counsel has not filed a declaration or otherwise responded to the July 10, 2009 order, nor has plaintiff taken any action in this case since filing the complaint in state court prior to removal.

Accordingly, the Court DISMISSES this case without prejudice for failure to prosecute. All pending motions are denied as moot.

**IT IS SO ORDERED.**

Dated: July 16, 2009

　　　　　　　　　　　　　　　　　　　　　　　_Susan Illston_
　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge